

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2024

No. 04-24-00491-CV

**IN RE FROST BANK,** Relator

Original Proceeding[1]

**ORDER**

On July 22, 2024, Relator filed a petition for writ of mandamus asserting the trial court erred when it denied Relator's Rule 91a motion to dismiss.

After considering the mandamus petition and record and Real Party in Interest's response, we conclude the denial of the motion was an abuse of discretion.

Therefore, we conditionally GRANT mandamus relief, and DIRECT the trial court to vacate its order denying Relator's Rule 91a motion, and enter an order granting Relator's Rule 91a motion. This writ of mandamus will issue only if the trial court fails to comply within fifteen days of the date of our opinion and order.

It is so **ORDERED** on November 6, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2023-CI-02298, styled *UBA Pharmacy, LLC v. PNL Invest, LLC and Frost Bank*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.